UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB )  ) MDL No. 1699 ) |
| This document relates to: | ) JUDGE BREYER ) |
| RICHARD L. WRIGHT Individual Case No. 3:06-cv-01717-CRB | ) STIPULATION AND ORDER OF ) DISMISSAL ONLY AS TO CASE ) NUMBER 4:05-cv-01250-FJG ) ORIGINALLY FILED IN THE ) WESTERN DISTRICT OF MISSOURI |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Ricahrd L. Wright, Case Number 4:05-cv-01250-FJG, originally filed in the Western District of Missouri on December 15, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned case number 3:06-cv-01717-CRB, may be and is hereby dismissed without prejudice.

**This Stipulation and Order of Dismissal does not relate to nor does it have any effect upon the following action within which Richard L. Wright is also a named plaintiff: Richard L. Wright** *v. G.D. Searle & Co.*, **Case Number CV05-6398-SJO (SHx) (a "Celebrex" complaint), originally filed in the Central District of California.**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the

1 California action, and jurisdiction and venue for the trial of the action will be proper in whichever of
2 the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.
3     The parties shall each bear their own costs.

Dated: April 21, 2006

ROBINSON, CALCAGNIE & ROBINSON

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
RICHARD L. WRIGHT

Dated: April 24, 2006

GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: May 12, 2006                    HON. CHARLES R. BREYER

*[Signature and seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*